No. 89–6614. ASH v. SWEST, INC., ET AL. (two cases). Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–6615. ANDERSON v. WORDEN, DISTRICT COURT JUDGE. Sup. Ct. Kan. Certiorari denied.

No. 89–6619. FRIEND v. WILSON ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6620. MCCLURE v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTE AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 89–6621. HUNTER v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 89–6627. TURNER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–6628. SUTHERLAND ET AL. v. FIRST NATIONAL BANK OF COMMERCE. Ct. App. La., 5th Cir. Certiorari denied.

No. 89–6629. MAGOON v. YOUNG, COMMISSIONER OF SOCIAL AND REHABILITATION SERVICES OF VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 89–6637. LANE, AKA BROWN v. WHITTINGHILL ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–6640. LEDET v. 15TH JUDICIAL DISTRICT COURT ET AL. C. A. 5th Cir. Certiorari denied.

No. 89–6647. KLACSMANN v. FITCH. C. A. 11th Cir. Certiorari denied.

No. 89–6661. MARTINEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–6662. HILL ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6688. MCCALLUM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6691. WRIGHT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.